## UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF NEW JERSEY

| In Re:<br>KEY, TONYA | Case No. 01-50256    RTL |
|---|---|
| Debtor(s) | |

### TRUSTEE'S REPORT OF NO DISTRIBUTION

I, Andrea Dobin, Trustee, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate except exempt property; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law.

Pursuant to FRBP 5009, I hereby certify that the estate of the above-named debtor(s) has/have been fully administered.

I request that this report be approved, and that I be discharged from further duties as trustee.

Date:  / /

1/31/01

Andrea Dobin, TRUSTEE

STERNS & WEINROTH
WEST STATE STREET, SUITE 1400
P.O. BOX 1298
TRENTON, NEW JERSEY 08607-1298