UNITED STATES BANKRUPTCY COURT          MINUTES OF 341(A) MEETING (CHAPTER 7)
DISTRICT OF NEW JERSEY

DEBTOR:      KEY, TONYA

CASE NO.:    01-50256

JUDGE:       RTL

INTERIM TRUSTEE:   ANDREA DOBIN

MEETING HELD AND SCHEDULED  1/30/01   ADJOURNED TO _____

REASON FOR ADJOURNMENT _____

Appearances:

Attorney for Debtor:  No Show

Others:

Was Trustee elected   YES ( )   NO ( ✓ )

If YES, Name, Address and Telephone Number of Elected Trustee: _____

If contest election, state brief summary of facts:

Is it anticipated that property may be abandoned.   YES ( )   NO ( ✓ )

Does it appear that assets exceed liens and exemptions.   YES ( )   NO ( ✓ )

Has Interim Trustee requested amendment of schedules.   YES ( )   NO ( )

If YES, what part(s) of petition

Remarks: Describe any action taken place or contemplated by Interim Trustee, such as preference claims, fraudulent transfer claims, etc.

