Form B18(Official Form 18)
(9/97)

United States Bankruptcy Court
District of New Jersey
United States Bankruptcy Court
District of New Jersey
402 E. State Street
Trenton, NJ 08608-1507

In Re:

**Tonya Key**
4 Quentin Ave
New Brunswick, NJ 8901
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

Debtor(s):

Case Number: 01-50256

Chapter: 7

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Date: April 9, 2001**

**BY THE COURT**

Honorable Raymond T. Lyons, Jr.
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Form DIS
000014

# CERTIFICATE OF SERVICE

11400 Commerce Park Drive
Suite 600
Reston, Virginia 22091-1506

```
District/off: 0312-3              User: bown                    Page 1 of 1                  Date Rcvd: Apr 05, 2001
Case: 01-50256                    Form ID: DIS                  Total Served: 8

The following entities were served by first class mail on Apr 07, 2001.
db          Tonya Key,    4 Quentin Ave,    New Brunswick, NJ  08901
aty         Anna C. Little,    300 Kimball Street,    Suite 106,    Woodbridge, NJ  07095
tr          +Andrea Dobin,    Sterns & Weinroth,    50 West State St., Suite 1400,    PO Box 1298,
             Trenton, NJ  08607-1298
ust         U.S. Trustee,    Suite 1400,    One Newark Center,    Newark, NJ  07102
ust         +U.S. Trustee,    Office of the US Trustee,    One Newark Center,    Suite 2100,
             Newark, NJ  07102-5211
8656725     Primus Automotive Financial Services,    Attn Morgan, Bornstein & Morgan,    1236-Brace Road, Suite K,
             Cherry Hill, NJ  08034
8656724     Primus Automotive Financial Services,    Attn Morgan, Bornstein & Morgan,    1236-Brace Road, Suite K,
             Cherry Hill, NJ  08034
8656723     St. Peters Hospital,    254 Easton Avenue,    New Brunswick, NJ  08901

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Apr 07, 2001**              Signature: *Joseph Speetjens*