United States Bankruptcy Court
District of New Jersey
402 E. State Street
Trenton, NJ 08608-1507

In re: Tonya Key

Case No.: 01 - 50256
Chapter: 7

Debtor(s):
Tonya Key  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

# FINAL DECREE

*FILED APR 19 2001 — JAMES J. WALDRON, CLERK, U.S. BANKRUPTCY COURT, TRENTON, N.J., BY YVONNE W. HALL, DEPUTY*

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed.

**IT IS ORDERED THAT:**

Andrea Dobin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: April 19, 2001

RAYMOND T. LYONS
--------------------------------
Honorable Raymond T. Lyons Jr.
United States Bankruptcy Judge

Document Number: 7
Deputy Clerk: ywh